# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ROBERT H. SWEENEY

UNION, ILLINOIS

(Name and Address of Defendants)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07CR50059-1



FILED
NOV 21 2007
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 21, 2007, at Woodstock, in the Northern District of Illinois, Western Division, ROBERT H. SWEENEY, defendant herein:

(Track Statutory Language of Offense)

> by force and violence and by intimidation, did take from the person and presence of an employee of the Harris Bank at 217 East South, Street, Woodstock, Illinois approximately $3,470.00 in money belonging to and in the care, custody, control, management, and possession of the Harris Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title 18, United States Code, Section 2113(a). I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:   x  Yes  ___ No

_____
Signature of Complainant
R. Craig Smith, Special Agent, FBI

Sworn to before me and subscribed in my presence,

November 21, 2007                           at Rockford, Illinois
Date                                        City and State

P. Michael Mahoney, U.S. Magistrate Judge    _____
Name & Title of Judicial Officer             Signature of Judicial Officer

COUNTY OF WINNEBAGO    )
                       ) ss.
STATE OF ILLINOIS      )

## AFFIDAVIT

I, R. CRAIG SMITH, being first duly sworn upon oath, depose and state:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for approximately 4 years. I have received training in the investigation of federal offenses, including bank robberies.

2. The information in this affidavit is based on my participation in the investigation in this case as well as information provided to me by other FBI agents and local law enforcement officers. I have reviewed this affidavit and its contents and it is true and correct to the best of my knowledge. Since this affidavit is being submitted in support of the attached complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Robert H. Sweeney committed the offense of bank robbery in violation of Title 18, United States Code, Section 2113(a).

3. I have been assigned to the investigation of the robbery on November 21, 2007, of the Harris Bank ("bank") located at 217 East South Street, Woodstock, Illinois. At approximately 10:40 a.m., a white male wearing a hooded sweatshirt, sunglasses, blue jeans, heavy construction boots and walking with a limp entered Harris Bank and approached a teller. The white male handed the teller a note that said he had a gun and wanted $5,000. The teller gave this man $3,470.00, including $500 in bait money. "Bait money" is currency

that has the serial number of each bill prerecorded and stored in a safe location so that it can be later identified in the event of a bank robbery. Once the white male obtained the bank's money he left the bank.

4. At 12:15 p.m., the McHenry County Sheriff's Police Department received a citizen's complaint of an erratic driver. The complainant described the offending vehicle as a Chevrolet Lumina sedan with Illinois registration number G183623. Police officers conducted a check with the Illinois Secretary of State computer database and determined that this Lumina was registered to Robert Sweeney at 17709 Jefferson Street, Union, Illinois. The complainant said that the white Lumina pulled into the parking lot of a bar named KC's Cabin located at 309 Route 173, Spring Grove, Illinois. Fox Lake police officers responded to KC's Cabin and spoke to an employee of the bar. The employee told officers that a white male wearing blue jeans and construction boots entered the bar and displayed a large amount of currency. The employee also noticed that the white male walked with a limp. The white male remained inside the bar and purchased a glass of beer with a $20 bill.

5. Prior to the bank robbery, a witness saw a suspicious car in the parking lot of Harris Bank. The witness described the car as a rusty, white, Chevrolet Lumina. The witness saw the Lumina inside the Harris Bank parking lot and noticed it was running, but unoccupied. The witness also noticed that the driver's side, front quarter panel had several rust spots. After the bank robbery, police officers discovered that this Lumina was no longer in the parking lot.

6.   At approximately 2:30 p.m. on November 21, 2007, FBI Special Agent Casimer Solana and Woodstock Detective Jeff Parson ("investigators") were traveling east on Route 173 in Solana's government sedan when they saw the white Chevrolet Lumina with Illinois registration number G183623 leaving the parking lot of McHenry Savings Bank in Richmond, Illinois. The Lumina had one occupant. The investigators followed the Lumina for several miles until they conducted a traffic stop on the Lumina and determined that the driver was Robert Sweeney. The traffic stop occurred approximately 15 miles away from Harris Bank. Sweeney refused orders to get out of the car but was ultimately taken into custody. At the time of the stop, Sweeney was wearing blue jeans and construction boots. The investigators also determined that he walked with a limp. Sweeney's Lumina was searched at the scene of the traffic stop. Inside the Lumina, investigators found a dark blue hooded sweat shirt and two pairs of sunglasses. The investigators also found a total of $3,021 in loose currency in the center console. Detective Parson examined the serial numbers on the bills recovered from the Lumina's center console with the serial numbers of the Harris Bank bait money. Detective Parson determined that eight of the ten $50 bait bills stolen in the bank robbery were scattered among the bills in the Lumina's center console.

7.   On November 21, 2007 and after the bank robbery, two bank tellers were separately shown photographic arrays containing the photograph of Robert Sweeney. Both tellers told investigators that while they could not be certain, the photograph of Robert Sweeney was the only person who looked "remotely" like the bank robber.

8. On November 21, 2007, FBI Special Agent Solana interviewed an Assistant Branch Manager of Harris Bank who confirmed that the deposits of Harris Bank are insured by the Federal Deposit Insurance Corporation.

*R. Craig Smith*
R. CRAIG SMITH
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me November 21, 2007.

*P. Michael Mahoney*
P. MICHAEL MAHONEY
United States Magistrate Judge