## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50059 - 1 | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. ROBERT H. SWEENEY | | |

**DOCKET ENTRY TEXT:**

Initial Appearance proceedings held. Defendant appears in response to arrest.  Court appoints Paul Gaziano as counsel for defendant.  Defendant informed of rights.  Financial affidavit due November 28, 2007. USA moves for detention.  Detention/Preliminary hearing set for November 28, 2007 at 10:30 am.  Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|