AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ROBERT H. SWEENEY<br><br>_Defendant_ | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case Number: 07 CR 50059-1 |

**FILED**
NOV 21 2007
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

Upon motion of the __United States__, it is ORDERED that a detention hearing is set for __November 28, 2007__ * at __10:30 am.__
                                               _Date_                                                _Time_

before __HONORABLE P. MICHAEL MAHONEY, MAGISTRATE JUDGE__
                                     _Name of Judicial Officer_

__ROCKFORD, IL__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
            _Other Custodial Official_

Date: __November 21, 2007__                                          _[signature]_
                                                                               _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.