UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

07 CR 50059
Judge Kapala
Magistrate Judge Mahoney

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, |
| ROBERT H. SWEENEY | ) | Section 2113(a) |

The DECEMBER 2006 GRAND JURY charges:

On or about November 21, 2007, at Woodstock, in the Northern District of Illinois, Western Division,

ROBERT H. SWEENEY,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee known to the Grand Jury approximately $3,470.00 in money belonging to, and in the care, custody and control, management and possession of Harris Bank located at 217 East South Street, Woodstock, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY



No.:   07 CR 50059

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

ROBERT H. SWEENEY

INDICTMENT

Violation(s): Title 18, United States Code, Section 2113(a)

A true bill,

_____
Foreman

Filed in open court this 18th day of December A.D. 20 07

_____
Clerk

Bail, $