# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50059 - 1 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. ROBERT SWEENEY | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty to indictment. 16.1 conference to be held by December 26, 2007. Status hearing held. Defendant's oral motion for time to January 30, 2008 to file pretrial motions is granted. USA's oral motion for the time of December 19, 2007 to and including January 30, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for January 30, 2008 at 11:30 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|