**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 3:07−cr−50059
                                            Honorable Frederick J. Kapala

Robert H Sweeney
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, March 21, 2008:


    MINUTE entry before Judge Honorable Frederick J. Kapala as to Robert Sweeney: Status hearing held. Change of plea hearing set for 10:30 a.m. on April 4, 2008. Defendant's oral motion for extension of time to April 4, 2008 to file pretrial motions is granted. Government's oral motion for excludable time from March 21, 2008 through and including April 4, 2008 pursuant to 18 USC 3161(h)(1) is granted. Electronic/Mailed notice (sw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.