UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

UNITED STATES OF AMERICA
                                         Plaintiff,

v.                                       Case No.: 3:07−cr−50059
                                         Honorable Frederick J. Kapala

Robert H Sweeney
                                         Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable Frederick J. Kapala as to Robert H.
Sweeney: Status hearing held. Change of plea hearing set for 2:30 p.m. on April 11, 2008.
Defendant's oral motion for extension of time to April 11, 2008 to file pretrial motions is
granted. Government's oral motion for excludable time from April 4, 2008 through and
including April 11, 2008 pursuant to 18 USC 3161(h)(1) is granted. Electronic/Mailed
notice (sw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.