IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | Case No. 07 CR 50059-1 |
| ROBERT H. SWEENEY | | |

**MOTION TO CONTINUE**

Comes now Robert H. Sweeney by his attorney Federal Defender Program, Terence F. MacCarthy, Executive Director and Paul E. Gaziano one of his assistants and moves this Honorable Court to enter an order continuing the sentencing hearing and in support states:

1. That the sentencing hearing in this cause is set for July 10, 2008 at 2:30 p.m.

2. That Attorney Paul E. Gaziano has just returned from a two-week training in Macon, Georgia. Attorney Gaziano believed that he would have time during the past two weeks to prepare for this sentencing hearing, but the training sessions required him to work during the day and complete assignments during the evening hours.

3. That Attorney Gaziano is required to complete a Sentencing Memorandum and to discuss this matter with James Tibensky, the Mitigation Specialist of the Federal Defender Program.

4. That Attorney Gaziano has spoken with Assistant United States Attorney Mark Karner who has no objection to the granting of this motion.

5. That this motion is not brought to delay the administration of justice but rather to allow Mr. Sweeney to have the benefit of meaningful and effective

representation.

WHEREFORE, Robert H. Sweeney prays that this Honorable Court enter an order continuing this cause.

                                                      Respectfully submitted;  
                                                      FEDERAL DEFENDER PROGRAM  
                                                      Terence F. MacCarthy  
                                                      Executive Director

                                                      By: ___/s_____  
                                                            Paul E. Gaziano  
                                                            Attorneys for Defendant

PAUL E. GAZIANO  
FEDERAL DEFENDER PROGRAM  
202 W. State Street - Suite 600  
Rockford, IL 61101  
(815) 961-0800