UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                Case No.: 3:07−cr−50059
                                                  Honorable Frederick J. Kapala

Robert H Sweeney
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

    MINUTE entry before the Honorable Frederick J. Kapala as to Robert H Sweeney:Defendant's unopposed motion to continue sentencing hearing is granted. Sentencing hearing reset from July 10, 2008 to July 31, 2008 at 9:30 a.m. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.