# Joint Apprenticeship Committee and Pipe Fitters' Association, Local 597

**THIS CERTIFICATE IS AWARDED TO**

ROBERT H. SWEENEY JR.

For having completed an Advanced Journeyman Course in

INTERMEDIATE REFRIGERATION

in accordance with the High Standard of Craftsmanship of the Journeymen of the Pipefitting Industry, LU 597.

Done this _23RD_ day of _MAY_ 20 _00_.

_[signature]_
Chairman

_[signature]_
Business Manager

_[signature]_
Director of Training

# DIPLOMA

*presented to*

**Robert Sweeney**

for completion of 8 hours of advanced gas ignition training
at The Source seminar
Friday, August 28, 1998 in
Chicago, IL

Mike Sulser, Heating Products Market Manager

Jim Cole, Training Manager

67-6111 • Rev. 8-97



THE SOURCE
*for gas ignition*



Honeywell



# Lake Land College

Upon the Recommendation of the Faculty
has Conferred Upon

**Robert H Sweeney**

The Degree of

**Associate in Liberal Studies**

Cum Laude

With all the rights and privileges pertaining thereto. Given at Lake Land College, Mattoon, in the State of Illinois, this second day of May in the year nineteen hundred and ninety five.

_Mike Sullivan_
CHAIRMAN OF THE BOARD

_Robert K. Luther_
PRESIDENT



# Lake Land College

Upon the Recommendation of the Faculty
has Conferred Upon

**Robert H Sweeney**

The Certificate of

**Heating, Ventilation, Air Conditioning and Refrigeration**

*Cum Laude*

With all the rights and privileges pertaining thereto.
Given at Lake Land College, Mattoon, in the State of Illinois,
this second day of May in the year nineteen hundred and ninety-five.

*Mike Sullivan*
CHAIRMAN OF THE BOARD

*Robert K Luther*
PRESIDENT



```
2/18/08   13:51:28                Check Analysis              PYGPI10      PYDPI10

Employer  . . . :  CLAUD S GORDON COMPANY
Employee  . . . :      8010      SWEENEY JR.,ROBERT H
Account Number  :  *DD             Check Number  . :        63367
Check Date . . . :  11/29/2007     Cycle . . . . . :  GRREG
Period Ending . :  11/24/2007      Cleared on  . . :
Net . . . . . . :                  Gross . . . . . :         2,940.90
Code    Income                 Seg.      Rate        Hours       Amount
R       REGULAR PAY                    21.0000       52.97      1112.37
OT      OVERTIME PREMIUM               10.5000        6.65        69.83
PERSN   PERSONAL TIME                   .0000        12.00          .00
V       VACATION                       21.0000        4.00        84.00  +
Code    Deductions       Base Amount   ER Liability  EE Deduction  WBO/Ovr
401K4   401K FIRST 5% PRE    2932.50         73.31        146.63    0000
401KO   401K OVER 5% PRE     2932.50           .00        146.63    0000
*FWT    FED WITHHOLDING TX   2639.24           .00        468.54    0000
*SIL    IL ST WITHHOLDING    2639.24           .00         76.87    0000
ASIGN   INCOME ASSIGNMENT        .00           .00        401.00    0000
EXCLI   EXCESS LIFE INS          .00          3.92           .00    0000
ADCF    AUTO DEP CK FLAT         .00           .00        700.00    0000
ADC%    AUTO DEP CK %         767.85           .00        767.85    0000
F3=Exit    F5=More Info   F8=Print      F10=Access
```