IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 50059 |
| | ) | Judge Frederick J. Kapala |
| ROBERT H. SWEENEY | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
UNDER SEAL MITIGATION REPORT**

Defendant ROBERT H. SWEENEY, by the FEDERAL DEFENDER PROGRAM TERENCE F. MACCARTHY EXECUTIVE DIRECTOR PROGRAM and PAUL E. GAZIANO, one of his assistants, and respectfully requests that this Court allow a MITIGATION REPORT regarding ROBERT SWEENEY to be filed under seal.

This matter is currently set for hearing on July 31, 2008 at 9:30 a.m. In support of this motion, Mr. Sweeney states:

1. Mr. Sweeney wishes to provide the Court with complete and accurate information about himself while preserving his right to maintain the confidentiality of his medical records, physical and mental condition, and certain other matters.

2. Mr. Sweeney seeks to protect the confidentiality of his conditions from entry into the public record.

1

3. Counsel for the government, Mark Karner, has been contacted regarding this motion and does not have any objections to it.

　　　　WHEREFORE, the Defendant requests that this court issue an order granting him leave to file the mitigation report under seal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FEDERAL DEFENDER PROGRAM
　　　　　　　　　　　　　　　　　　　　Terence F. MacCarthy,
　　　　　　　　　　　　　　　　　　　　Executive Director


　　　　　　　　　　　　　　　　　　　　BY:_____/s_____
　　　　　　　　　　　　　　　　　　　　　　　Paul E. Gaziano
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Robert H. Sweeney

PAUL E. GAZIANO
FEDERAL DEFENDER PROGRAM
202 W. State St. 600
Rockford, IL 61101
(815) 961-0800
(815) 961-0813 - fax