## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50059 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** |  | USA vs. Robert H. Sweeney | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Transcript to stand as findings of fact and conclusions of law. Enter Judgment in a Criminal Case.

*Docketing to mail notices.*

01:00

F I L E D

AUG 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|