# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50059 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Robert Sweeney | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to correct judgment is taken as a motion for clarification as the judgment is already correct as it stands. However, defendant's motion for clarification is granted. By this minute order, the court clarifies for defendant that the total amount of money recovered that should be returned to Harris Bank and attributed to the balance of restitution is $3,021.00. Once that is accomplished, the restitution balance owed by the defendant will be $449.00 and, when paid, the total restitution figure of $3,470.00 shall be satisfied.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|